**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED JAN 10 2019

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAVIER ANTHONIO MALDONADO, Defendant. | Case No. 17CR3239-LAB<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

Dated: 1/10/2019

Hon. Mitchell De. Dembin
United States Magistrate Judge